IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                        CASE NO.: 1:04-CR-28-SPM/GRJ

VINCENT KEITH RAINES,

    Defendant.

_____/

## ORDER DENYING MOTION FOR RECONSIDERATION

**THIS CAUSE** comes before the Court on the Defendant's motion for relief from judgment denying movant's motion to reduce sentence (doc. 144).

The Court finds no reason to change its prior ruling. Accordingly, it is

**ORDERED AND ADJUDGED** that Defendant's motion (doc. 144) is **denied**.

**DONE AND ORDERED** this 10th day of February, 2012.

                        *S/ Stephan P. Mickle*
                        Stephan P. Mickle
                        Senior United States District Judge