IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        CASE NO.: 1:04-CR-28-SPM/GRJ

VINCENT KEITH RAINES,

    Defendant.

_____/

## ORDER

This cause is before the Court upon "Motion Challenging the Factual Inaccuracies of Presentence Investigation Report Pursuant 32(c)(3)(D) of Federal Rules Criminal Procedure in Which Court Lost Subject Matter Jurisdiction" (doc. 148). Although it is difficult to understand Defendant's argument or the requested relief, he seems to be challenging the findings in the Presentence Investigation Report. "Within 14 days after receiving the presentence report the parties must state in writing any objections, including objections to material information, sentencing guideline ranges, and policy statements contained in or omitted from the report." Fed. R. Crim. P. 32(f). Accordingly, any objections Defendant had regarding the report should have

been raised at that time and any issues not raised during that 14 day period of time are waived.  Therefore, it is

ORDERED AND ADJUDGED: that Defendant's motion (doc. 148) is **denied**.

**DONE AND ORDERED** this 23rd day of July, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge